**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**DAVID M. WATSON**                                                                    **PLAINTIFF**

      v.                    Civil No. 06-3041

**MICHAEL J. ASTRUE**[1], **Commissioner**
**Social Security Administration**                                                     **DEFENDANT**

<u>**AMENDED AND SUBSTITUTED JUDGMENT**</u>[2]

    Now on this 13th day of September, 2007, comes on for consideration the Report and Recommendation dated August 21, 2007, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas.  Ten (10) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; reverses the decision of the Commissioner; and remands this case to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

    If plaintiff wishes to request an award of attorney's fees and cost under the Equal Access to Justice Act (EAJA) 28 U.S.C. § 2412, an application may be filed up until 30 days after the

---

[1] Michael J. Astrue became the Social Security Commissioner on February 12, 2007. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Michael J. Astrue has been substituted for acting Commissioner Jo Anne B. Barnhart as the defendant in this suit.

[2] The Judgment in this matter is amended to correct a clerical error in plaintiff's name.

judgment becomes "not appealable" i.e., 30 days after the 60-day time for appeal has ended.  *See Shalala v. Schaefer*, 509 U.S. 292, 296, 113 S.Ct. 2625 (1993); 28 U.S.C. §§ 2412(d)(1)(B), (d)(2)(G).

**IT IS SO ORDERED**, this 28th day of September, 2007, *nunc pro tunc,* September 13, 2007.

                                                                **/s/ Jimm Larry Hendren**
                                                                 **HON. JIMM LARRY HENDREN**
                                                                 **UNITED STATES DISTRICT JUDGE**